THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00087-MR-WCM-2

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **KRISTOFF MICHAEL HUNTER,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as an inquiry of eligibility for sentencing relief. [Doc. 112].

In his letter, the Defendant asks the Court to advise him if any of the recent amendments to the Sentencing Guidelines "are applicable to [his] case." [Id. at 1].

The Defendant's request is denied. If the Defendant wishes to seek any relief pursuant to a particular amendment to the Sentencing Guidelines, he must do so by filing a motion setting out a specific claim for relief. The Defendant is further cautioned that, in the future, he must seek relief from the Court by way of a motion. Letters and other miscellaneous documents will not receive a response.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as an inquiry of eligibility for sentencing relief [Doc. 112], is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 14, 2024

Martin Reidinger
Chief United States District Judge

2